**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONOVEN LESHON GRAY, | ) | CASE NO. CV 12-07101 AG (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| G.D. LEWIS, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of DONOVEN LESHON GRAY, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: January 31, 2013

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE